Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED'07 JUL 10 12:07USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JUDITH BIESEK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CV 05-6277-CO<br><br>ORDER FOR EAJA<br>ATTORNEY FEES |

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay to the Plaintiff in care of Plaintiff's attorney and mailed to Plaintiff's attorney the sum of $5,953.41 in Equal Access to Justice Act attorney fees.

It is so ORDERED *July*

Dated this _10_, day of 2007

United States ~~Magistrate~~ District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES